IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRAVIS ROBINSON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Cause No. 4:17-cv-01443-RLW |
| | ) |
| CITY OF ST. LOUIS, MISSOURI, ET AL., | ) |
| | ) |
| Defendants. | ) |

## VOLUNTARY DISMISSAL, WITH PREJUDICE

COMES NOW all parties, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41, hereby state that all parties to this lawsuit consent to its dismissal, with prejudice. Each party is to bear their own costs.

Respectfully submitted,

| NEWTON BARTH, L.L.P. | CITY OF ST. LOUIS |
|---|---|
| By: *[signature]* | *[signature]* |
| Talmage E. Newton IV, MO56647 | H. Anthony Relys  63190MO |
| tnewton@newtonbarth.com | relyst@stlouis-mo.gov |
| 555 Washington Ave., Ste. 420 | 1200 Market St., Ste. 314 |
| St. Louis, Missouri 63101 | St. Louis, Missouri 63103 |
| (314) 272-4490 – Telephone | 314-622-3361 |
| (314) 762-6710 – Facsimile | |
| Attorneys for Plaintiff | Attorney for Defendants |

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2017, on information and belief the foregoing document was served upon all parties of record via the Court's electronic filing system.