# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| TRAVIS ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-CV-1443 RLW |
| ) | |
| ST. LOUIS METROPOLITAN POLICE ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties having settled their dispute and filed a voluntary dismissal with prejudice of all pending claims, this case is DISMISSED. Each party is to bear their own costs.

Dated this 12th day of December, 2017.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**